UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

CIVIL FILE NO: 02-238 (JEL/JGL)

---

Christine L. Holly,

Plaintiff,

vs.

City of Woodbury and Jeff Gort,

Defendants.

***STIPULATION OF DISMISSAL AND ORDER REGARDING PLAINTIFF'S CLAIMS AGAINST DEFENDANT JEFF GORT***

---

The undersigned hereby advises the Court that all claims by the Plaintiff Christine L. Holly against Defendant Jeff Gort, individually and in his official capacity as Police Officer for the City of Woodbury, or otherwise, in the above-entitled cause of action are hereby dismissed with prejudice. Therefore,

**IT IS HEREBY STIPULATED** by and between Plaintiff Christine L. Holly and her Attorney Mark Kallenbach and Pierre N. Regnier, as Attorney for Defendant Jeff Gort, that the Plaintiff Christine L. Holly's entire action against Defendant Jeff Gort, individually and in his official capacity as Police Officer for the City of Woodbury, or otherwise, is hereby dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal as voluntarily entered into and further acknowledges that no money has been received for entering into this dismissal from or on behalf of Defendant Jeff Gort.

FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 26 2003
DEPUTY CLERK'S INITIALS

Further these parties also agree that no costs or disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. § 1988, Minn. Stat. § 549.21 or Minn. Stat. § 549.211 will be sought, recovered or paid by Plaintiff or the dismissed Defendant.

The undersigneds on behalf of their respective clients hereby pray for an Order of the Court dismissing all claims against Defendant Jeff Gort either officially or individually or otherwise with prejudice.

**MARK J. KALLENBACH LAW OFFICE**

By: ______________________
**MARK J. KALLENBACH**
Attorney Registration No: 146468
Attorney for Plaintiff Christine J. Holly
2260 Ridge Drive, Suite 13
Minneapolis, Minnesota 55416
Phone: 952/593-3858

Dated: 2-19-03

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________
**PIERRE N. REGNIER**
Attorney Registration No: 90232
Attorneys for Defendant Jeff Gort
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, Minnesota 55042
Phone: 651/290-6500

Dated: 2-18-03

## ORDER FOR JUDGMENT

The foregoing Stipulation having been presented to the Court on behalf of the parties,

**IT IS HEREBY ORDERED** that all alleged claims by Plaintiff Christine L. Holly against Defendant Jeff Gort individually and in his official capacity as Police Officer of the City of Woodbury, or otherwise, are hereby dismissed with prejudice and on their merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

______________________
**JUDGE OF UNITED STATES DISTRICT COURT**

Dated: Feb 26, 2003