UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION
CIVIL FILE NO: 02-238 (~~PAM~~ JEL/JGL)

---

Christine L. Holly,

Plaintiff,

vs.

City of Woodbury and Jeff Gort,

Defendants.

***STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER***

---

The undersigned hereby advises the Court that all claims by the Plaintiff Christine L. Holly in the above-entitled cause of action have been fully compromised and settled (all claims of the Plaintiff Christine L. Holly against Defendant Jeff Gort have been previously dismissed with prejudice). Therefore,

**IT IS HEREBY STIPULATED** by and between the Plaintiff Christine L. Holly and the Defendant City of Woodbury, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice but without costs or disbursements or attorney's fees to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties may be entered herein.

**MARK J. KALLENBACH LAW OFFICE**

By: [signature]
**MARK J. KALLENBACH**
Attorney Registration No: 146468
Attorney for Plaintiff Christine J. Holly
2260 Ridge Drive, Suite 13
Minneapolis, Minnesota 55416
Phone: 952/593-3858

Dated: February 26, 2003

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: [signature]
**PIERRE N. REGNIER**
Attorney Registration No: 90232
Attorneys for Defendant Jeff Gort and City of Woodbury
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, Minnesota 55042
Phone: 651/290-6500

Dated: 2 28 03

FILED MAR 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED MAR 06 2003
DEPUTY CLERK'S INITIALS ______

**ORDER FOR JUDGMENT**

The foregoing Stipulation having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED:** That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits without costs, disbursements or attorney's fees to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

**JUDGE OF UNITED STATES DISTRICT COURT**

Dated: 3-6-03